# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING



**FILED**

*11:59 am, 9/26/19*

**Stephan Harris**
**Clerk of Court**

UNITED STATES OF AMERICA

Plaintiff

vs.                                          Case Number:   19-mj-82-01-J

Joshua James Mjoness

Defendant.

Date 9/27/2019     Time 10:41am - 11:03am     Before the Honorable     Alan B. Johnson

☐ Indictment      ☐ Information      ☑ Complaint      ☐ Arraignment      ☐ Rule 5

☐ Initial Appearance      ☑ Detention Hearing      ☑ Preliminary Hearing      ☐ Removal Hearing

☐ Other _____

Offense:
Count 1 - 18 U.S.C. §924(b) - Transporting a Firearm in Interstate Commerce to Commit a Felony;
Count 2 - 18 USC §875(c) - Threat by Interstate Communication;
Count 3 - 18 USC §§922(g)(3) and 924(a)(2) - Unlawful User of a Controlled Substance in Possession of a Firearm

| Becky Harris | Monique Gentry | Kate Williamson |
|---|---|---|
| Clerk | Court Reporter | Probation Officer |
| Thomas A. Szott | Phil Feezer | N/A |
| Asst. U.S. Attorney | Marshal | Interpreter |

Appeared      ☐ Voluntarily      ☑ In Custody

☐ Defendant filed financial affidavit and is informed of consequences if any false information is given.

Attorney appearing Melanie Gavisk _____
☑ FPD   ☐ PANEL-CJA   ☐ RETAINED   ☐ WAIVED

MAGISTRATE CRIMINAL PROCEEDING SHEET

**BOND IS**    ☑ Defendant is detained

☐ Set at  $ _____    ☐ Cash or Surety    ☐ Unsecured

☐ Continued on the same terms and conditions

☐ Detention hearing set for:  Date _____    Time _____

Judge _____

☐ Obey all laws, Federal, State and Local          ☐ Maintain current residence

☐ Seek/Maintain employment                         ☐ Report to Pretrial Services as directed

☐ 3rd party custody of _____         ☐ Travel restricted to _____

☐ Not use or possess firearms/ammunition/explosives  ☐ Abide by the following curfew _____

☐ Not use or possess alcohol                       ☐ Not use or possess controlled substances/drugs

☐ Not use alcohol to excess                        ☐ Avoid all contact with _____

☐ Submit to drug/alcohol testing                   ☐ Post property or sum of money _____

☐ Do not obtain passport                           ☐ Undergo medical/psychiatric treatment/exam

☐ Surrender passport to _____        ☐ Mandatory DNA collection

☐ Other _____

☐ Bail review / detention hearing          Date _____

☑ Defendant detained- Reasons    Defendant submits to detention at this time with the option to reopen it if a viable release plan can be developed which likely will involve placement at an in-patient treatment program.

**Preliminary Hearing**    Date 9/26/2019 _____

Witnesses    N/A

Outcome    ☐ Bound over to U.S. District Court          ☐ Dismissed

☑ Other    Due to a pending indictment, counsel and parties agreed that there was no need for a preliminary hearing to be held at this time