IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING
2019 SEP 26  PM 3: 33
STEPHAN HARRIS, CLERK
CHEYENNE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSHUA JAMES MJONESS,<br><br>Defendant. | No. 19-CR-170-J<br><br>Ct 1:  18 U.S.C. § 924(b)<br>(Transporting a Firearm in Interstate Commerce to Commit a Felony)<br><br>Ct 2-3: 18 U.S.C. § 875(c)<br>(Threat by Interstate Communication)<br><br>Ct 4:  18 U.S.C. § 924(c)(1)(A)(i)<br>(Using and Carrying a Firearm During and in Relation to Crimes of Violence)<br><br>Ct 5:  18 U.S.C. §§ 922(g)(3) and 924(a)(2)<br>(Unlawful User of a Controlled Substance in Possession of a Firearm)<br><br>**Forfeiture Notice** |

# INDICTMENT

THE GRAND JURY CHARGES THAT:

## COUNT ONE

On or about September 18, 2019, in the District of Wyoming, the Defendant, **JOSHUA JAMES MJONESS**, transported a firearm in interstate commerce with the intent to commit therewith an offense punishable by imprisonment for a term exceeding one year.

In violation of 18 U.S.C. § 924(b).

## COUNT TWO

On or about September 18, 2019, in the District of Wyoming, the Defendant, **JOSHUA JAMES MJONESS**, transmitted in interstate commerce a communication containing a threat to injure the person of another; specifically, **MJONESS** used his cellphone to send his wife a series of messages demanding information about an associate of hers, with a picture of a Ruger handgun on **MJONESS'** lap, and the suggestion that **MJONESS** would use the handgun on the associate's "entire office" unless his wife provided the information **MJONESS** had demanded.

In violation of 18 U.S.C. § 875(c).

## COUNT THREE

On or about September 18, 2019, in the District of Wyoming, the Defendant, **JOSHUA JAMES MJONESS**, transmitted in interstate commerce a communication containing a threat to injure the person of another; specifically, **MJONESS** spoke with his wife and his wife's brother on his cellphone, saying his wife had to choose whether two people would die or twenty people would die, or words to that effect.

In violation of 18 U.S.C. § 875(c).

## COUNT FOUR

On or about September 18, 2019, in the District of Wyoming, the Defendant, **JOSHUA JAMES MJONESS**, knowingly used and carried a firearm during and in relation to federal crimes of violence, specifically, threats by interstate communications, as alleged in Counts Two and Three of this Indictment.

In violation of 18 U.S.C. § 924(c)(1)(A)(i).

## COUNT FIVE

On or about September 18, 2019, in the District of Wyoming, the Defendant, **JOSHUA JAMES MJONESS**, knowing he was an unlawful user of a controlled substance as defined in 21

U.S.C. § 802, knowingly possessed a firearm, namely, a Ruger pistol bearing serial number 336-65325, and the firearm was in and affecting commerce.

In violation of 18 U.S.C. §§ 922(g)(3) and 924(a)(2).

## FORFEITURE NOTICE

1. The allegations contained in Counts One, Four, and Five of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d); Title 21, United States Code, Section 853; and Title 28, United States Code, Section 2461(c).

2. Upon conviction of the offense(s) in violation of Title 18, United States Code, Sections 922 and / or 924 set forth in Counts One, Four, and / or Five of this Indictment, the Defendant shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in the commission of the offense(s).

A TRUE BILL:

*Ink Signature on File in Clerk's Office*
FOREPERSON

MARK A. KLAASSEN
United States Attorney

3

## PENALTY SUMMARY

**DEFENDANT NAME:** JOSHUA JAMES MJONESS

**DATE:** September 24, 2019

**INTERPRETER NEEDED:** No

**VICTIM(S):** Yes

**OFFENSE/PENALTIES:**

Ct: 1 **18 U.S.C. § 924(b)**
(Transporting a Firearm in Interstate Commerce to Commit a Felony)

0 to 10 Years Imprisonment
Up to $250,000 Fine
Up to 3 Years Supervised Release
$100 Special Assessment

Ct: 2 **18 U.S.C. § 875(c)**
(Threat by Interstate Communication)

0 to 5 Years Imprisonment
Up to $250,000 Fine
Up to 3 Years Supervised Release
$100 Special Assessment

Ct: 3 **18 U.S.C. § 875(c)**
(Threat by Interstate Communication)

0 to 5 Years Imprisonment
Up to $250,000 Fine
Up to 3 Years Supervised Release
$100 Special Assessment

Ct: 4 **18 U.S.C. § 924(c)(1)**
(Using and Carrying a Firearm During and in Relation to Crimes of Violence)

5 Years to Life Consecutive Imprisonment
Up to $250,000 Fine
Up to 5 Years Supervised Release
$100 Special Assessment

| | | |
|---|---|---|
| | **Ct: 5** | **18 U.S.C. §§ 922(g)(3) and 924(a)(2)**<br>(Unlawful User of a Controlled Substance in Possession of a Firearm)<br><br>0 to 10 Years Imprisonment<br>Up to $250,000 Fine<br>Up to 3 Years Supervised Release<br>$100 Special Assessment |
| **TOTALS:** | | 5 Years to Life Imprisonment<br>Up to $1,250,000 Fines<br>Up to 5 Years Supervised Release<br>$500 Special Assessments |
| **AGENT:** | | Jacob Olson, NPS |
| **AUSA:** | | Thomas Szott, Assistant United States Attorney |
| **ESTIMATED TIME OF TRIAL:** | | 1 to 5 days |
| **WILL THE GOVERNMENT SEEK DETENTION IN THIS CASE:** | | Yes |
| **ARE THERE DETAINERS FROM OTHER JURISDICTIONS:** | | No |