## IMPRISONMENT



The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of 60 months.

The Court recommends to the Bureau of Prisons that the defendant be placed at a facility close to his family in North Dakota to permit visitation and promote family ties, and recommends placement at FCI Sandstone, Minnesota, FPC Yankton, South Dakota, or FCC Englewood, Colorado. The Court strongly recommends the defendant be provided mental health treatment and medication management, and that the defendant participate in the 500-Hour Residential Drug Abuse Program.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this Judgment as follows:

_____

_____

_____

_____

Defendant delivered on __2/10/21__ to __T-EX__ at __BOP__, with a certified copy of this Judgment.

_____
United States Marshal/Bureau of Prisons

By: _____
Authorized Agent

---